**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| STEPHEN LAROQUE, ANTHONY CUOMO, ) <br> JOHN NIX, KLAY NORTHRUP, LEE ) <br> RAYNOR, and KINSTON CITIZENS FOR ) <br> NON-PARTISAN VOTING, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ERIC H. HOLDER, JR. ) <br> ATTORNEY GENERAL OF THE ) <br> UNITED STATES ) <br> ) <br> Defendant. ) | Civ. No.: 1:10-CV-00561-JDB |

_____

**EXHIBIT A:  NORTH CAROLINA STATE BOARD OF ELECTIONS, SAMPLE BALLOT,
LENOIR COUNTY, NORTH CAROLINA, NOV. 4, 2008**

# OFFICIAL BALLOT
## LENOIR COUNTY, NORTH CAROLINA
### NOVEMBER 4, 2008

**Ballot Style 11**

PCT/VTD _____

**SAMPLE BALLOT**

## BALLOT MARKING INSTRUCTIONS:

a. With a black ball point pen or the marking device provided, completely fill in the oval ⭘ to the left of each candidate or selection of your choice, like this: ●

b. Where authorized, you may write in a candidate by filling in the oval and writing the name on the Write-In line.

c. If you tear, deface or wrongly mark this ballot, return it to request a replacement.

## PRESIDENTIAL CONTEST

The offices of President and Vice President of the United States are not included in a Straight Party vote. This contest must be voted separately.

### PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES
(You may vote for ONE)

- ⭘ **Barack Obama / Joe Biden** — DEMOCRAT
- ⭘ **John McCain / Sarah Palin** — REPUBLICAN
- ⭘ **Bob Barr / Wayne A. Root** — LIBERTARIAN
- ⭘ Write-in

## STRAIGHT PARTY VOTING

a. A Straight Party vote is a vote for all candidates of that party in partisan offices. Individual partisan office selections are not necessary if you select a Straight Party below.

b. You may select a Straight Party AND ALSO vote for a candidate of a different party in any individual office.

c. In any multi-seat race, a Straight Party vote is a vote for ALL candidates of that party. If you individually vote for any candidate in a multi-seat race, you must also individually select all other candidates in that race for whom you wish to vote in order for your vote to count.

d. If you do not select a Straight Party below, you may vote by marking each office separately.

e. A Straight Party vote does not vote for US President and Vice President, unaffiliated candidates, or nonpartisan offices, issues or referenda.

### STRAIGHT PARTY
(You may vote for ONE)

- ⭘ **DEMOCRATIC**
- ⭘ **REPUBLICAN**
- ⭘ **LIBERTARIAN**

## PARTISAN OFFICES

### US SENATE
(You may vote for ONE)

- ⭘ **Kay Hagan** — DEMOCRAT
- ⭘ **Elizabeth Dole** — REPUBLICAN
- ⭘ **Christopher Cole** — LIBERTARIAN
- ⭘ Write-in

### US HOUSE OF REPRESENTATIVES DISTRICT 1
(You may vote for ONE)

- ⭘ **G.K. Butterfield** — DEMOCRAT
- ⭘ **Dean Stephens** — REPUBLICAN

### GOVERNOR
(You may vote for ONE)

- ⭘ **Bev Perdue** — DEMOCRAT
- ⭘ **Pat McCrory** — REPUBLICAN
- ⭘ **Michael C. Munger** — LIBERTARIAN

### LIEUTENANT GOVERNOR
(You may vote for ONE)

- ⭘ **Walter H. Dalton** — DEMOCRAT
- ⭘ **Robert Pittenger** — REPUBLICAN
- ⭘ **Phillip Rhodes** — LIBERTARIAN

### ATTORNEY GENERAL
(You may vote for ONE)

- ⭘ **Roy Cooper** — DEMOCRAT
- ⭘ **Bob Crumley** — REPUBLICAN

### AUDITOR
(You may vote for ONE)

- ⭘ **Beth A. Wood** — DEMOCRAT
- ⭘ **Leslie Merritt** — REPUBLICAN

### COMMISSIONER OF AGRICULTURE
(You may vote for ONE)

- ⭘ **Ronnie Ansley** — DEMOCRAT
- ⭘ **Steve Troxler** — REPUBLICAN

### COMMISSIONER OF INSURANCE
(You may vote for ONE)

- ⭘ **Wayne Goodwin** — DEMOCRAT
- ⭘ **John Odom** — REPUBLICAN
- ⭘ **Mark McMains** — LIBERTARIAN
- ⭘ Write-in

### COMMISSIONER OF LABOR
(You may vote for ONE)

- ⭘ **Mary Fant Donnan** — DEMOCRAT
- ⭘ **Cherie Berry** — REPUBLICAN

### SECRETARY OF STATE
(You may vote for ONE)

- ⭘ **Elaine F. Marshall** — DEMOCRAT
- ⭘ **Jack Sawyer** — REPUBLICAN

### SUPERINTENDENT OF PUBLIC INSTRUCTION
(You may vote for ONE)

- ⭘ **June St. Clair Atkinson** — DEMOCRAT
- ⭘ **Richard Morgan** — REPUBLICAN

### TREASURER
(You may vote for ONE)

- ⭘ **Janet Cowell** — DEMOCRAT
- ⭘ **Bill Daughtridge** — REPUBLICAN

### NC STATE SENATE DISTRICT 10
(You may vote for ONE)

- ⭘ **Charles W. (Charlie) Albertson** — DEMOCRAT

### NC HOUSE OF REPRESENTATIVES DISTRICT 10
(You may vote for ONE)

- ⭘ **Van Braxton** — DEMOCRAT
- ⭘ **Stephen LaRoque** — REPUBLICAN

### COUNTY COMMISSIONER AT-LARGE
(You may vote for TWO)

- ⭘ **Reuben J. Davis** — DEMOCRAT
- ⭘ **Linda Rouse Sutton** — DEMOCRAT
- ⭘ **Eric S. Rouse** — REPUBLICAN
- ⭘ **Jeff Stephens** — REPUBLICAN

North Carolina — Ballot Style 11

**-- VOTE BOTH SIDES --**

**SAMPLE BALLOT**

### REGISTER OF DEEDS
(You may vote for ONE)

- **Margaret Rouse Seymour** — DEMOCRAT

### BOARD OF EDUCATION AT-LARGE
(You may vote for TWO)

- **Billy D. Davis** — DEMOCRAT
- **Bruce Hill** — DEMOCRAT
- **Jay D. Conner, III** — REPUBLICAN
- **Gene H. Henderson** — REPUBLICAN

## NONPARTISAN OFFICES

### SUPREME COURT ASSOCIATE JUSTICE
(You may vote for ONE)

- **Robert H. (Bob) Edmunds, Jr.**
- **Suzanne Reynolds**

### COURT OF APPEALS JUDGE
(You may vote for ONE)

- **John C. Martin**

### COURT OF APPEALS JUDGE
(You may vote for ONE)

- **Jewel Ann Farlow**
- **James A. (Jim) Wynn**

### COURT OF APPEALS JUDGE
(You may vote for ONE)

- **Sam J. Ervin, IV**
- **Kristin Ruth**

### COURT OF APPEALS JUDGE
(You may vote for ONE)

- **Cheri Beasley**
- **Doug McCullough**

### COURT OF APPEALS JUDGE
(You may vote for ONE)

- **Dan Barrett**
- **Linda Stephens**

### COURT OF APPEALS JUDGE
(You may vote for ONE)

- **John S. Arrowood**
- **Robert N. (Bob) Hunter, Jr.**

### SUPERIOR COURT JUDGE DISTRICT 8A
(You may vote for ONE)

- **Paul L. Jones**

### DISTRICT COURT JUDGE DISTRICT 8
(You may vote for ONE)

- **David B. Brantley**

### DISTRICT COURT JUDGE DISTRICT 8
(You may vote for ONE)

- **Lonnie Carraway**

### DISTRICT COURT JUDGE DISTRICT 8
(You may vote for ONE)

- **Timothy I. Finan**

### DISTRICT COURT JUDGE DISTRICT 8
(You may vote for ONE)

- **Charles P. Gaylor, III**
- **Chris Rogerson**

### DISTRICT COURT JUDGE DISTRICT 8
(You may vote for ONE)

- **Les Turner**

### SOIL AND WATER CONSERVATION DISTRICT SUPERVISOR
(You may vote for ONE)

- **Randy Smith**
- ⬭ _____ Write-in

## REFERENDUM

### CITY OF KINSTON CHARTER AMENDMENT REFERENDUM

Shall the proposed amendment to the city charter of the City of Kinston to elect the mayor and city council on a nonpartisan plurality basis be approved?

- **YES**
- **NO**

_____

**End of Ballot**

_____

North Carolina     Ballot Style 11

**-- VOTE BOTH SIDES --**