**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

STEPHEN LAROQUE, ANTHONY CUOMO,  )
JOHN NIX, KLAY NORTHRUP, LEE )
RAYNOR, and KINSTON CITIZENS FOR )
NON-PARTISAN VOTING, )
 )
         Plaintiffs, )
 )
    v. )    Civ. No.: 1:10-CV-00561-JDB
 )
ERIC H. HOLDER, JR. )
ATTORNEY GENERAL OF THE )
UNITED STATES )
 )
         Defendant. )
_____

**EXHIBIT B:  LENOIR COUNTY BOARD OF ELECTIONS, 2008 GENERAL ELECTION,
OFFICIAL RESULTS, CITY OF KINSTON CHARTER AMENDMENT**

# Lenoir County Board of Elections

**2008 General Election**

**Website last updated** 11/25/2008 2:04:05 PM EST

**Registered Voters:** 37,997
**Ballots Cast:** 27,360
**Voter Turnout:** 72.01 %

**Precincts Partially Reported:** 0 of 22
**Precincts Completely Reported:** 22 of 22

**OFFICIAL RESULTS**

[Search Contests](#) (40 of 40)

Go To Page 1   Display

### PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES (Vote For 1)

22 of 22 Precincts Reporting

| Candidate | Percent | Votes |
|---|---:|---:|
| Obama/Biden (DEM) | 49.74% | 13,378 |
| McCain/Palin (REP) | 49.82% | 13,401 |
| Barr/Root (LIB) | 0.35% | 93 |
| WRITE-IN | 0.09% | 25 |
| | | 26,897 |

### STRAIGHT PARTY (Vote For 1)

22 of 22 Precincts Reporting

| Party | Percent | Votes |
|---|---:|---:|
| DEMOCRATIC | 68.53% | 10,054 |
| REPUBLICAN | 30.97% | 4,544 |
| LIBERTARIAN | 0.50% | 74 |
| | | 14,672 |

### US SENATE (Vote For 1)

22 of 22 Precincts Reporting

| Candidate | Percent | Votes |
|---|---:|---:|
| Kay Hagan (DEM) | 53.08% | 14,005 |
| Elizabeth Dole (REP) | 45.04% | 11,885 |
| Christopher Cole (LIB) | 1.86% | 491 |
| WRITE-IN | 0.02% | 6 |
| | | 26,387 |

### US HOUSE OF REPRESENTATIVES DISTRICT 1 (Vote For 1)

11 of 11 Precincts Reporting

| Candidate | Percent | Votes |
|---|---:|---:|
| G.K. Butterfield (DEM) | 73.73% | 9,293 |
| Dean Stephens (REP) | 26.27% | 3,311 |
| | | 12,604 |

### US HOUSE OF REPRESENTATIVES DISTRICT 3 (Vote For 1)

11 of 11 Precincts Reporting

| Candidate | Percent | Votes |
|---|---:|---:|
| Craig Weber (DEM) | 28.70% | 3,855 |

| | | Percent | Votes |
|---|---|---|---|
| Walter B. Jones (REP) | | 71.30% | 9,575 |
| | | | 13,430 |

### GOVERNOR (Vote For 1)

22 of 22 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Bev Perdue (DEM) | | 64.49% | 17,039 |
| Pat McCrory (REP) | | 33.97% | 8,975 |
| Michael C. Munger (LIB) | | 1.54% | 406 |
| | | | 26,420 |

### LIEUTENANT GOVERNOR (Vote For 1)

22 of 22 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Walter H. Dalton (DEM) | | 57.95% | 14,988 |
| Robert Pittenger (REP) | | 40.38% | 10,444 |
| Phillip Rhodes (LIB) | | 1.67% | 431 |
| | | | 25,863 |

### ATTORNEY GENERAL (Vote For 1)

22 of 22 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Roy Cooper (DEM) | | 68.67% | 17,702 |
| Bob Crumley (REP) | | 31.33% | 8,076 |
| | | | 25,778 |

### AUDITOR (Vote For 1)

22 of 22 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Beth A. Wood (DEM) | | 59.36% | 14,995 |
| Leslie Merritt (REP) | | 40.64% | 10,264 |
| | | | 25,259 |

### COMMISSIONER OF AGRICULTURE (Vote For 1)

22 of 22 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Ronnie Ansley (DEM) | | 52.88% | 13,465 |
| Steve Troxler (REP) | | 47.12% | 11,996 |
| | | | 25,461 |

### COMMISSIONER OF INSURANCE (Vote For 1)

22 of 22 Precincts Reporting

| | | Percent | Votes |
|---|---|---|---|
| Wayne Goodwin (DEM) | | 57.42% | 14,600 |

|  | Percent | Votes |
|---|---:|---:|
| John Odom (REP) | 40.66% | 10,339 |
| Mark McMains (LIB) | 1.90% | 484 |
| WRITE-IN | 0.02% | 4 |
|  |  | 25,427 |

### COMMISSIONER OF LABOR (Vote For 1)

22 of 22 Precincts Reporting

|  | Percent | Votes |
|---|---:|---:|
| Mary Fant Donnan (DEM) | 54.06% | 13,690 |
| Cherie Berry (REP) | 45.94% | 11,636 |
|  |  | 25,326 |

### SECRETARY OF STATE (Vote For 1)

22 of 22 Precincts Reporting

|  | Percent | Votes |
|---|---:|---:|
| Elaine F. Marshall (DEM) | 61.93% | 15,777 |
| Jack Sawyer (REP) | 38.07% | 9,699 |
|  |  | 25,476 |

### SUPERINTENDENT OF PUBLIC INSTRUCTION (Vote For 1)

22 of 22 Precincts Reporting

|  | Percent | Votes |
|---|---:|---:|
| June St. Clair Atkinson (DEM) | 58.23% | 14,750 |
| Richard Morgan (REP) | 41.77% | 10,581 |
|  |  | 25,331 |

### TREASURER (Vote For 1)

22 of 22 Precincts Reporting

|  | Percent | Votes |
|---|---:|---:|
| Janet Cowell (DEM) | 57.99% | 14,653 |
| Bill Daughtridge (REP) | 42.01% | 10,615 |
|  |  | 25,268 |

### NC STATE SENATE DISTRICT 10 (Vote For 1)

22 of 22 Precincts Reporting

|  | Percent | Votes |
|---|---:|---:|
| Charles W. (Charlie) Albertson (DEM) | 100.00% | 19,701 |
|  |  | 19,701 |

### NC HOUSE OF REPRESENTATIVES DISTRICT 10 (Vote For 1)

17 of 17 Precincts Reporting

|  | Percent | Votes |
|---|---:|---:|
| Van Braxton (DEM) | 49.11% | 8,238 |

| | Percent | Votes |
|---|---|---|
| Stephen LaRoque (REP) | 50.89% | 8,535 |
| | | 16,773 |

### NC HOUSE OF REPRESENTATIVES DISTRICT 12 (Vote For 1)

14 of 14 Precincts Reporting

| | Percent | Votes |
|---|---|---|
| William L. Wainwright (DEM) | 80.57% | 7,469 |
| Mark W. Griffin (REP) | 19.43% | 1,801 |
| | | 9,270 |

### COUNTY COMMISSIONER AT-LARGE (Vote For 2)

22 of 22 Precincts Reporting

| | Percent | Votes |
|---|---|---|
| Reuben J. Davis (DEM) | 32.49% | 15,661 |
| Linda Rouse Sutton (DEM) | 31.69% | 15,276 |
| Eric S. Rouse (REP) | 19.78% | 9,532 |
| Jeff Stephens (REP) | 16.04% | 7,731 |
| | | 48,200 |

### COUNTY COMMISSIONER DISTRICT 3 (Vote For 1)

4 of 4 Precincts Reporting

| | Percent | Votes |
|---|---|---|
| Tommy Pharo (REP) | 100.00% | 3,649 |
| | | 3,649 |

### COUNTY COMMISSIONER DISTRICT 4 (Vote For 1)

6 of 6 Precincts Reporting

| | Percent | Votes |
|---|---|---|
| Jackie Brown (DEM) | 100.00% | 3,386 |
| | | 3,386 |

### REGISTER OF DEEDS (Vote For 1)

22 of 22 Precincts Reporting

| | Percent | Votes |
|---|---|---|
| Margaret Rouse Seymour (DEM) | 100.00% | 20,266 |
| | | 20,266 |

### BOARD OF EDUCATION AT-LARGE (Vote For 2)

22 of 22 Precincts Reporting

| | Percent | Votes |
|---|---|---|
| Billy D. Davis (DEM) | 33.65% | 15,897 |
| Bruce Hill (DEM) | 32.08% | 15,156 |
| Jay D. Conner, | 15.97% | 7,546 |

| Candidate | Percent | Votes |
|---|---|---|
| III (REP) Gene H. Henderson (REP) | 18.30% | 8,648 |
| | | 47,247 |

### BOARD OF EDUCATION DISTRICT 3 (Vote For 1)

4 of 4 Precincts Reporting

| Candidate | Percent | Votes |
|---|---|---|
| Rita Hodges (DEM) | 100.00% | 4,534 |
| | | 4,534 |

### BOARD OF EDUCATION DISTRICT 4 (Vote For 1)

6 of 6 Precincts Reporting

| Candidate | Percent | Votes |
|---|---|---|
| Garland Nobles, Jr. (DEM) | 100.00% | 3,460 |
| | | 3,460 |

### SUPREME COURT ASSOCIATE JUSTICE (Edmunds Seat) (Vote For 1)

22 of 22 Precincts Reporting

| Candidate | Percent | Votes |
|---|---|---|
| Robert H. (Bob) Edmunds, Jr. | 56.56% | 9,726 |
| Suzanne Reynolds | 43.44% | 7,470 |
| | | 17,196 |

### COURT OF APPEALS JUDGE (Martin Seat) (Vote For 1)

22 of 22 Precincts Reporting

| Candidate | Percent | Votes |
|---|---|---|
| John C. Martin | 100.00% | 13,905 |
| | | 13,905 |

### COURT OF APPEALS JUDGE (Wynn Seat) (Vote For 1)

22 of 22 Precincts Reporting

| Candidate | Percent | Votes |
|---|---|---|
| Jewel Ann Farlow | 46.22% | 7,519 |
| James A. (Jim) Wynn | 53.78% | 8,748 |
| | | 16,267 |

### COURT OF APPEALS JUDGE (Tyson Seat) (Vote For 1)

22 of 22 Precincts Reporting

| Candidate | Percent | Votes |
|---|---|---|
| Sam J. Ervin, IV | 61.94% | 10,671 |
| Kristin Ruth | 38.06% | 6,558 |
| | | 17,229 |

### COURT OF APPEALS JUDGE (McCullough Seat) (Vote For 1)

| 22 of 22 Precincts Reporting | Percent | Votes |
|---|---|---|
| Cheri Beasley | 53.76% | 8,985 |
| Doug McCullough | 46.24% | 7,727 |
| | | 16,712 |

### COURT OF APPEALS JUDGE (Stephens Seat) (Vote For 1)

| 22 of 22 Precincts Reporting | Percent | Votes |
|---|---|---|
| Dan Barrett | 37.44% | 6,236 |
| Linda Stephens | 62.56% | 10,418 |
| | | 16,654 |

### COURT OF APPEALS JUDGE (Arrowood Seat) (Vote For 1)

| 22 of 22 Precincts Reporting | Percent | Votes |
|---|---|---|
| John S. Arrowood | 39.29% | 6,370 |
| Robert N. (Bob) Hunter, Jr. | 60.71% | 9,843 |
| | | 16,213 |

### SUPERIOR COURT JUDGE DISTRICT 8A (Vote For 1)

| 22 of 22 Precincts Reporting | Percent | Votes |
|---|---|---|
| Paul L. Jones | 100.00% | 17,972 |
| | | 17,972 |

### DISTRICT COURT JUDGE DISTRICT 8 (Brantley Seat) (Vote For 1)

| 22 of 22 Precincts Reporting | Percent | Votes |
|---|---|---|
| David B. Brantley | 100.00% | 13,531 |
| | | 13,531 |

### DISTRICT COURT JUDGE DISTRICT 8 (Carraway Seat) (Vote For 1)

| 22 of 22 Precincts Reporting | Percent | Votes |
|---|---|---|
| Lonnie Carraway | 100.00% | 14,484 |
| | | 14,484 |

### DISTRICT COURT JUDGE DISTRICT 8 (Finan Seat) (Vote For 1)

| 22 of 22 Precincts Reporting | Percent | Votes |
|---|---|---|
| Timothy I. Finan | 100.00% | 12,160 |
| | | 12,160 |

### DISTRICT COURT JUDGE DISTRICT 8 (Setzer Seat) (Vote For 1)

22 of 22 Precincts Reporting

| | Percent | Votes |
|---|---:|---:|
| Charles P. Gaylor, III | 31.12% | 5,631 |
| Chris Rogerson | 68.88% | 12,463 |
| | | 18,094 |

### DISTRICT COURT JUDGE DISTRICT 8 (Turner Seat) (Vote For 1)

22 of 22 Precincts Reporting

| | Percent | Votes |
|---|---:|---:|
| Les Turner | 100.00% | 14,373 |
| | | 14,373 |

### SOIL AND WATER CONSERVATION DISTRICT SUPERVISOR (Vote For 1)

22 of 22 Precincts Reporting

| | Percent | Votes |
|---|---:|---:|
| Randy Smith | 99.54% | 15,756 |
| WRITE-IN | 0.46% | 73 |
| | | 15,829 |

### CITY OF KINSTON CHARTER AMENDMENT (Vote For 1)

13 of 13 Precincts Reporting

| | Percent | Votes |
|---|---:|---:|
| YES | 63.84% | 4,977 |
| NO | 36.16% | 2,819 |
| | | 7,796 |

Powered by - SOE Software