**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

STEPHEN LAROQUE, ANTHONY CUOMO, )
JOHN NIX, KLAY NORTHRUP, LEE )
RAYNOR, and KINSTON CITIZENS FOR )
NON-PARTISAN VOTING, )
                                                 )
               Plaintiffs, )
                                                 )
              v. )               Civ. No.: 1:10-CV-00561-JDB
                                                 )
ERIC H. HOLDER, JR. )
ATTORNEY GENERAL OF THE )
UNITED STATES )
                                                 )
               Defendant. )

_____

**EXHIBIT F:  HILARY GREENE, LETTER TO THE EDITOR,** *NONPARTISAN ELECTIONS IN KINSTON WILL HELP CITY BE PROGRESSIVE*, **KINSTON FREE PRESS, OCT. 24, 2008**



## Letters to the editor
2008-10-24 16:36:30

Nonpartisan elections in Kinston will help city be progressive

As we progress into the 21st century, it is imperative that municipalities and its citizens progress with the times. Kinston is one of a hand full of the 500 municipalities in our state that still votes by partisan elections for city council and mayor. For the past few months a group of individuals have gotten together to help persuade the city to move forward with nonpartisan elections. This group, which includes me, would like to convey to the public that nonpartisan elections in our city will create a more diverse group of elected officials that closely represent the demographics of our city.

Now for those who may not be familiar with the topic, nonpartisan elections allow each candidate for office to run on his or her own merits rather than as a member of a particular political party. No political affiliation is shown on the ballot next to a candidate. Nonpartisan elections are common in the election of judges. They are also generally held for municipal (city) and county offices as well as school board elections. Many times, especially in our city, people vote according to Republican or Democrat. On the local level, candidates are accessible; therefore, I think it is important to find out a candidate's ideas and knowledge of his or her candidacy. Oftentimes when voters vote straight-party ticket they may or may not have met a candidate and/or know his or her views.

Kinston was once a highly progressive city. In the 1800s business thrived off the back of tobacco and other natural resources giving much oblige to the Neuse River and the railroad. Kinston was the 19th city to be incorporated in our state, once acting as capital of our state. Governmental business took place on Tower Hill. Kinston was like the "Raleigh" and "Charlotte" of the day. The way I see it, if it weren't for Kinston, there would be no Raleigh or Charlotte or Greensboro or Greenville. Kinston was once *the standard*. But what happened? That's the million dollar question and the check belongs to me. Nothing happened. That's what happened. Kinston got stuck on the "status quo," which is equivalent to doing just enough to get by. It is time to move into the 21st century as we Vote Yes to the referendum to move Kinston's city council and mayor elections to be nonpartisan.

It is time for a change. I believe Kinston's economic growth is closely tied into its political growth. I also believe nonpartisan elections will give voters more choices of candidates and allow them to choose the best candidate. I believe nonpartisan elections will grant the public more of an opportunity to hear the candidates' ideas and the ability to make an informed decision of candidates' positions and well as create a diverse array of elected officials. Not only am I encouraging readers to vote yes on the nonpartisan referendum but to take the opportunity to meet or see political candidates and learn of their views and ideas as well. It is time for a change ... a change we can believe in.

Hilary Greene

Kinston