**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STEPHEN LAROQUE, ANTHONY CUOMO, JOHN NIX, KLAY NORTHRUP, LEE RAYNOR, and KINSTON CITIZENS FOR NON-PARTISAN VOTING,

Plaintiffs,

v.

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES

Defendant.

Civ. No.: 1:10-CV-00561-JDB

**EXHIBIT G: STEPHEN LAROQUE, LETTER TO THE EDITOR, *SIGN BIPARTISAN PETITION ON ELECTION DAY*, KINSTON FREE PRESS, MAY 3, 2008**




# Letters to the editor

2008-05-03 13:06:36

Sign bipartisan

petition on

Election Day

According to a study by the N.C. Institute of Government, there are 541 cities in North Carolina, and Kinston is one of six cities that still elect its mayor and city council based on political party membership. The others are Albemarle, Charlotte, Lincolnton, Murphy and Winston-Salem with Kinston being the only city in the East that still elects its leadership this way. Both of Lenoir County's other towns, LaGrange and Pink Hill, hold non-partisan elections.

Issues decided by city councils are rarely, if ever, partisan. Citizens are better served when candidates are elected because of their qualifications. Non-partisan candidates are forced to inform the voters of their positions, goals and priorities in order to gain the voters trust and their vote.

Removing party designations from city elections opens up the process to a greater field of candidates that more fairly represent our citizens. In fact, all of our state's judges are elected through non-partisan elections.

Another benefit to non-partisan elections is the tax savings through the elimination of primaries and runoffs. According to the Lenoir County board of elections director, this is estimated to save local taxpayers $24,000.

Please sign the petition on May 6 at your Kinston city polling location. Your signature will help to place this issue on the ballot in November and together we can help Kinston open up and improve our election process for the betterment of our city.

Stephen LaRoque

Kinston