**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

STEPHEN LAROQUE, ANTHONY CUOMO, )
JOHN NIX, KLAY NORTHRUP, LEE )
RAYNOR, and KINSTON CITIZENS FOR )
NON-PARTISAN VOTING, )
 )
       Plaintiffs, )
 )
       v. )      Civ. No.: 1:10-CV-00561-JDB
 )
ERIC H. HOLDER, JR. )
ATTORNEY GENERAL OF THE )
UNITED STATES )
 )
       Defendant. )

_____

**EXHIBIT H:  LENOIR COUNTY BOARD OF ELECTIONS, 2008 GENERAL ELECTION,
OFFICIAL RESULTS, DETAIL XLS, PRECINCT LEVEL
DETAILS FOR ELECTION RESULTS**

| | CITY OF KINSTON CHARTER AMENDMENT (Vote For 1) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YES | | | | | | NO | | | | | | |
| Precinct | Registered | Election Day | One Stop | Absentee | Provisional | Curbside | Total Votes | Election Day | One Stop | Absentee | Provisional | Curbside | Total Votes | Total |
| FALLING CREEK | 3983 | 33 | 197 | 0 | 0 | 0 | 230 | 17 | 80 | 0 | 0 | 0 | 97 | 327 |
| KINSTON-1 | 1079 | 58 | 78 | 0 | 0 | 0 | 136 | 197 | 37 | 0 | 0 | 0 | 234 | 370 |
| KINSTON-2 | 1259 | 82 | 117 | 0 | 0 | 0 | 199 | 113 | 75 | 0 | 0 | 0 | 188 | 387 |
| KINSTON-3 | 1427 | 206 | 238 | 0 | 0 | 0 | 444 | 74 | 113 | 0 | 0 | 0 | 187 | 631 |
| KINSTON-4 | 2531 | 326 | 931 | 0 | 0 | 0 | 1257 | 71 | 252 | 0 | 0 | 0 | 323 | 1580 |
| KINSTON-5 | 1443 | 181 | 308 | 0 | 0 | 0 | 489 | 113 | 130 | 0 | 0 | 0 | 243 | 732 |
| KINSTON-6 | 2139 | 164 | 312 | 0 | 0 | 0 | 476 | 198 | 177 | 0 | 0 | 0 | 375 | 851 |
| KINSTON-7 | 1987 | 122 | 281 | 0 | 0 | 0 | 403 | 144 | 181 | 0 | 0 | 0 | 325 | 728 |
| KINSTON-8 | 1255 | 85 | 148 | 0 | 0 | 0 | 233 | 159 | 133 | 0 | 0 | 0 | 292 | 525 |
| KINSTON-9 | 1905 | 156 | 533 | 0 | 0 | 0 | 689 | 92 | 231 | 0 | 0 | 0 | 323 | 1012 |
| NEUSE | 2998 | 1 | 12 | 0 | 0 | 0 | 13 | 0 | 2 | 0 | 0 | 0 | 2 | 15 |
| SOUTHWEST | 1042 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| VANCE | 2222 | 17 | 64 | 0 | 0 | 0 | 81 | 10 | 46 | 0 | 0 | 0 | 56 | 137 |
| ONE STOP | 0 | 0 | 9 | 0 | 0 | 0 | 9 | 0 | 4 | 0 | 0 | 0 | 4 | 13 |
| ABSENTEE BY MAIL | 0 | 0 | 0 | 267 | 0 | 0 | 267 | 0 | 0 | 107 | 0 | 0 | 107 | 374 |
| PROVISIONAL | 0 | 0 | 0 | 0 | 14 | 0 | 14 | 0 | 0 | 0 | 16 | 0 | 16 | 30 |
| TRANSFER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CURBSIDE | 0 | 0 | 7 | 0 | 0 | 29 | 36 | 0 | 1 | 0 | 0 | 46 | 47 | 83 |
| Totals: | 25270 | 1431 | 3236 | 267 | 14 | 29 | 4977 | 1188 | 1462 | 107 | 16 | 46 | 2819 | 7796 |