# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| STEPHEN LAROQUE, ANTHONY CUOMO, JOHN NIX, KLAY NORTHRUP, LEE RAYNOR, and KINSTON CITIZENS FOR NON-PARTISAN VOTING, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No.: 1:10-CV-00561-JDB |
| ERIC H. HOLDER, JR. ATTORNEY GENERAL OF THE UNITED STATES | ) ) ) ) ) | |
| Defendant. | ) | |

_____

**EXHIBIT I:  FACSIMILE FROM LENOIR COUNTY BOARD OF ELECTIONS TO MICHELLE SCOTT, ASSOCIATE COUNSEL, CENTER FOR INDIVIDUAL RIGHTS (AUG. 12, 2010)**

## LENOIR COUNTY BOARD OF ELECTIONS

## VR STATISTICS BY PRECINCT

| PRECINCT | TOTAL VOTERS | Dem | Rep | Lib | Una | Rfm | Black | White | Am. Inc. | Asian | Multi Race | Other | Unodesig | Female | Male | Undesig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 75 | 47 | 18 | 0 | 10 | 0 | 47 | 26 | 0 | 0 | 0 | 2 | 0 | 39 | 36 | 0 |
| C CONTENTNEA | 2,138 | 1,308 | 543 | 0 | 287 | 0 | 880 | 1,221 | 1 | 1 | 6 | 14 | 9 | 1,178 | 951 | 9 |
| FC FALLING CREEK | 3,907 | 1,798 | 1,471 | 1 | 637 | 0 | 543 | 3,291 | 11 | 6 | 8 | 35 | 8 | 2,113 | 1,788 | 6 |
| I INSTITUTE | 1,484 | 695 | 532 | 0 | 257 | 0 | 337 | 1,128 | 1 | 4 | 1 | 7 | 4 | 809 | 671 | 4 |
| K1 KINSTON-1 | 1,079 | 927 | 57 | 0 | 95 | 0 | 1,048 | 9 | 2 | 0 | 4 | 4 | 8 | 736 | 339 | 4 |
| K2 KINSTON-2 | 1,258 | 1,113 | 42 | 0 | 103 | 0 | 1,163 | 69 | 1 | 1 | 7 | 3 | 9 | 761 | 493 | 4 |
| K3 KINSTON-3 | 1,403 | 967 | 228 | 1 | 207 | 0 | 797 | 558 | 1 | 8 | 9 | 16 | 8 | 825 | 577 | 1 |
| K4 KINSTON-4 | 2,487 | 1,439 | 624 | 0 | 424 | 0 | 457 | 1,963 | 1 | 10 | 5 | 43 | 4 | 1,373 | 1,113 | 1 |
| K5 KINSTON-5 | 1,401 | 1,023 | 194 | 0 | 184 | 0 | 719 | 654 | 4 | 2 | 3 | 7 | 9 | 874 | 522 | 5 |
| K6 KINSTON-6 | 2,116 | 1,777 | 150 | 0 | 189 | 0 | 1,810 | 268 | 8 | 0 | 9 | 7 | 9 | 1,318 | 791 | 7 |
| K7 KINSTON-7 | 1,941 | 1,529 | 205 | 0 | 207 | 0 | 1,564 | 345 | 0 | 1 | 6 | 15 | 5 | 1,115 | 820 | 6 |
| K8 KINSTON-8 | 1,238 | 1,122 | 35 | 0 | 81 | 0 | 1,217 | 7 | 1 | 0 | 2 | 5 | 4 | 735 | 497 | 6 |
| K9 KINSTON-9 | 1,876 | 1,244 | 363 | 0 | 269 | 0 | 781 | 1,050 | 4 | 6 | 3 | 19 | 8 | 1,052 | 819 | 5 |
| MH MOSELEY HALL | 3,586 | 2,386 | 801 | 1 | 398 | 0 | 1,666 | 1,871 | 4 | 5 | 6 | 12 | 10 | 2,009 | 1,558 | 19 |
| N NEUSE | 2,940 | 1,661 | 828 | 1 | 450 | 0 | 713 | 2,161 | 5 | 2 | 10 | 28 | 14 | 1,643 | 1,287 | 10 |
| PH1 PINK HILL-1 | 561 | 293 | 177 | 0 | 91 | 0 | 43 | 509 | 0 | 0 | 2 | 5 | 2 | 294 | 267 | 0 |
| PH2 PINK HILL-2 | 983 | 500 | 321 | 0 | 162 | 0 | 109 | 858 | 0 | 0 | 2 | 12 | 1 | 537 | 443 | 3 |
| SH SANDHILL | 678 | 328 | 241 | 0 | 109 | 0 | 101 | 566 | 1 | 0 | 3 | 3 | 3 | 366 | 311 | 1 |
| SW SOUTHWEST | 1,020 | 470 | 365 | 1 | 184 | 0 | 91 | 918 | 1 | 0 | 1 | 2 | 2 | 551 | 467 | 2 |
| T1 TRENT-1 | 1,155 | 593 | 406 | 1 | 155 | 0 | 121 | 1,003 | 3 | 2 | 5 | 14 | 2 | 633 | 519 | 3 |
| T2 TRENT-2 | 823 | 388 | 290 | 0 | 145 | 0 | 56 | 747 | 2 | 0 | 1 | 5 | 10 | 452 | 368 | 3 |
| V VANCE | 2,161 | 1,367 | 506 | 0 | 288 | 0 | 942 | 1,195 | 1 | 1 | 4 | 7 | 6 | 1,194 | 957 | 10 |
| W WOODINGTON | 1,033 | 516 | 350 | 1 | 166 | 0 | 58 | 965 | 0 | 0 | 2 | 5 | 3 | 547 | 482 | 4 |

Oct 31 2008 11:32AM

ST_StatisticsByPrecinct.rpt

Gen.
Stat.  #2

LENOIR COUNTY BOARD OF ELECTIONS

VR STATISTICS BY PRECINCT

| PRECINCT | TOTAL VOTERS | Dem | Rep | Lib | Jne | Rfm | Black | White | Am. Ind. | Asian | Multi-Race | Other | Undesig | Female | Male | Undesig |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTAL** | 37,343 | 23,491 | 8,747 | 7 | 5,098 | 0 | 15,263 | 21,382 | 52 | 49 | 99 | 270 | 138 | 21,154 | 16,076 | 113 |