UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN LAROQUE, et al.<br><br>          Plaintiffs,<br><br>               v.<br><br>ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,<br><br>          Defendant. | Civil Action No.  10-0561 (JDB) |

## ORDER

Before the Court is a motion to intervene by Joseph M. Tyson, W.J. Best, Sr., A. Offord Carmichael, Jr., George Graham, Julian Pridgen, William A. Cooke, and the North Carolina Conference of Branches of the National Association for the Advancement of Colored People. Movants seek either intervention as of right, see Fed. R. Civ. P. 24(a), or permissive intervention, see Fed. R. Civ. P. 24(b)(1).  Plaintiffs oppose intervention, and defendants do not oppose permissive intervention.  Upon consideration of the motion, the parties' several memoranda, and the entire record herein, it is hereby

**ORDERED** that [13] Joseph M. Tyson, et al.'s motion to intervene as defendant is **GRANTED** pursuant to Federal Rule of Civil Procedure 24(b)(1); it is further

**ORDERED** that Joseph M. Tyson, et al.'s proposed motion to dismiss shall be deemed filed as of this date; and it is further

**ORDERED** that, by not later than September 3, 2010, plaintiff, defendant, and

defendant-intervenors shall confer and jointly submit a proposed briefing schedule to govern further proceedings in this case. To the extent the parties disagree on a proposed briefing schedule, they should so indicate. Along with this joint proposed briefing schedule, defendants and defendant-intervenors shall submit a report discussing what steps they will take to avoid duplication of effort and to reduce redundant filings.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: August 25, 2010